McWATERS *et al. v.* EQUITABLE MORTGAGE COMPANY *et al.*

COBB, J.　There was no error in rejecting evidence, nor in any of the rulings made during the progress of the trial, upon which error is assigned. The evidence admitted demanded a finding in favor of the plaintiff in execution that the property was subject to the execution, and the court did not err in directing the jury to return a verdict to that effect.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,— Decided June 10, 1902.

Levy and claim. Before Judge Henry. Heard superior court. September 26, 1901.

*T. B. Davis, C. P. Gordon,* and *F. S. Loftin,* for plaintiffs in error. *Payne & Tye* and *W. H. Daniel,* contra.